FILED: June 12, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1519

(3:14-cv-00283-DJN)

_____

CHRISTOPHER D. PARHAM

      Plaintiff - Appellant

v.

COMMISSIONER OF SOCIAL SECURITY

      Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals the administrative record.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk